UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON LEVETTE WASHINGTON,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 18-cv-05217-RS

**ORDER OF DISMISSAL**

Plaintiff's initial complaint was dismissed. Although it appeared unlikely that plaintiff would be able to state a claim, he was given leave to amend. Plaintiff was advised if he did not do so, however, the action would be dismissed without further notice. The time to file any amended complaint has elapsed, and plaintiff apparently has elected not to do so. Accordingly, this action is dismissed and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 29, 2018

RICHARD SEEBORG
United States District Judge